FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

SEP -2 2015

CLERK_____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WALTER JAMES CHIPP, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV415-020
 )
THOMAS STOKES, III and ILA )
LOCAL 1414, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 44), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants' Second Joint Motion to Dismiss (Doc. 26) is **GRANTED** and this case is hereby **DISMISSED WITH PREJUDICE**. All remaining motions (Doc. 14; Doc. 16; Doc. 18; Doc. 32; Doc. 34; Doc. 41), are **DISMISSED** as moot. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of September 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA